**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 32

**IP Address:** 142.255.101.231  
**ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A4D5EE5322C91E01CF374F7A4EECA2EC878D0901 | Blacked Raw | 11/28/2017 19:11:49 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 2 | 04FD5B9A8A95D8C0810EE1DE07F070A00F411D9A | Blacked | 07/25/2017 20:51:51 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 3 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 06/10/2017 08:31:40 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 4 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/25/2017 21:05:56 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 5 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 07/25/2017 20:51:31 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 6 | 2AC7B33864E85CCD070DFC36794159D882D6FFFA | Blacked | 11/22/2017 22:28:07 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 7 | 35211990759B8E7D414EDAF8FD99413C1E84D069 | Blacked | 09/23/2017 07:11:14 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 8 | 368227F558D35B8A3CF9D3CA96D14C4AC31AFC72 | Vixen | 09/09/2017 07:40:50 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 9 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/25/2017 17:36:07 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 10 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 07/26/2017 01:12:24 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 11 | 516A3BEC6FA4DF33DA1E0D1C499D70638D7A7EBC | Blacked | 06/10/2017 08:22:30 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 12 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 07/29/2017 06:46:55 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 13 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 07/25/2017 20:57:26 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 14 | 805A5FDC5163BAD38E15AAB622AE1CCB55FBC5C3 | Blacked Ra | 11/28/2017 22:43:55 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 15 | 8FC8E5909111EF5964DF8A1F5E21A86746D9BD79 | Blacked | 11/22/2017 22:27:47 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 16 | 9173A8B174205520944B72A79E7D8AC25CF447E2 | Vixen | 10/15/2017 04:53:08 | 10/06/2017 | 10/22/2017 | 15918925981 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 941C13567A3A46783198FD67177A61EDEEA8B065 | Blacked | 09/13/2017 13:59:19 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 18 | 9A0EDC7FEA5167BA1E28DCBBAD5FCDB6C9C574A5 | Tushy | 10/25/2017 00:49:00 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 19 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/20/2017 06:37:15 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 20 | 9CD35E405A85D1085C33DA1845757ABF40237ED9 | Blacked | 11/21/2017 20:29:41 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 21 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/06/2017 05:30:26 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 22 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/25/2017 21:00:06 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 23 | ABC004062B9F9CF37E9A3A57F4BEA161154EECAE | Vixen | 09/28/2017 07:52:56 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 24 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 06/10/2017 08:35:22 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 25 | BB23349F7E006B298B4CFA2D22199B3910558C84 | Vixen | 05/04/2017 10:06:51 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 26 | BE8F8924C67DB61FE99A75A001264E651BEC14D5 | Blacked Ra | 11/09/2017 00:15:35 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 27 | C709C03CB6D4F6B51AD2170881DE644613498D26 | Tushy | 05/04/2017 10:08:42 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 28 | D48E7F569FC88A64704D21886F303D1537E631C5 | Vixen | 10/25/2017 01:37:42 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 29 | D9F8CF8F73469DCA017F606B93D6B582BA9DD251 | Tushy | 10/29/2017 21:43:20 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 30 | E2C91D686F1089A32122D60EE586BBD81B4FFDD0 | Vixen | 11/28/2017 19:14:12 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 31 | E908502C7AD99DF5325459A01B9A589923906085 | Tushy | 11/02/2017 21:12:46 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 32 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 07/25/2017 21:53:18 | 07/14/2017 | 08/11/2017 | PA0002046878 |